

**FILED**

AUG 0 1 2008

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| THOMAS ST. VINCENT, | ) | CV 08-73-M-DWM-JCL |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| WERNER ENTERPRISES, INC., JANVIER SMYTH, and JEAN GETRO ROSIER, | ) | |
| Defendants. | ) | |

The Court having reviewed for clear error the Findings and Recommendations of United States Magistrate Judge Jeremiah C. Lynch, and having found no clear error therein,

IT IS HEREBY ORDERED that the Plaintiff's motion to remand (Doc. No. 9) is DENIED, and that the Amended Notice of Removal filed on June 23, 2008 (Doc. No. 14) takes effect and supersedes Defendant Werner's first Notice of Removal from this point forward.

DATED this 1st day of August, 2008.

Donald W. Molloy, District Judge
United States District Court

-1-