Kristine J. Beal
John B. Horrell
**BEAL LAW FIRM, PLLC**
121 Hickory St., Suite 4
P.O. Box 8898
Missoula, MT 59807-8898
Phone:   (406) 728-2911
Facsimile:   (406) 728-2912
Email:   kbeal@beallawfirm.com

Attorneys for Defendant
Werner Enterprises, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| THOMAS ST. VINCENT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WERNER ENTERPRISES, INC.;<br>JANVIER SMYTH; and JEAN<br>GETRO ROSIER,<br><br>　　　　Defendants. | No.  CV-08-73-M-DWM-JCL<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF'S PROPERTY DAMAGE CLAIMS WITH PREJUDICE** |

　　　　Plaintiff Thomas St. Vincent and Defendant Werner Enterprises, Inc. ("Werner"), by and through their respective counsel of record, hereby stipulate and agree that all of Plaintiff's claims for property damage as alleged in the Plaintiff's Complaint (Dkt. #7) be dismissed with prejudice as fully settled on the merits, each party to bear its own costs and attorneys' fees with regard to Plaintiff's claim for property damages.   All of Plaintiff's other claims against

Werner are hereby specifically reserved.

    A proposed order is lodged with this stipulation.

    RESPECTFULLY SUBMITTED this 28th day of October, 2009.


/s/ Milton Datsopoulos  
Milton Datsopoulos  
Datsopoulos MacDonald & Lind, PC  
Attorneys for Plaintiff

/s/ Kristine J. Beal  
Kristine J. Beal  
Beal Law Firm, PLLC  
Attorneys for Defendant  
Werner Enterprises, Inc.