Kristine J. Beal
John B. Horrell
**BEAL LAW FIRM, PLLC**
121 Hickory St., Suite 4
P.O. Box 8898
Missoula, MT 59807-8898
Phone:   (406) 728-2911
Facsimile:   (406) 728-2912
Email:   kbeal@beallawfirm.com

Attorneys for Defendant
Werner Enterprises, Inc.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| THOMAS ST. VINCENT,<br><br>          Plaintiff,<br><br>     vs.<br><br>WERNER ENTERPRISES, INC.; JANVIER SMYTH; and JEAN GETRO ROSIER,<br><br>          Defendants. | No.  CV-08-73-M-DWM-JCL<br><br>**DEFENDANT WERNER'S NOTICE OF FILING ITS PROPOSED VERDICT FORM** |

Pursuant to ¶21 of the Scheduling Order (Dkt. #22) in the above-referenced action, Defendant Werner Enterprises, Inc. ("Werner"), by and through its counsel of record, Beal Law Firm, PLLC, hereby provides notice of filing its proposed Verdict Form, attached as *Exhibit 1*.

//

Dated this 8th day of March, 2010.

  /s/ Kristine J. Beal                    /s/ John B. Horrell
Kristine J. Beal                      John B. Horrell
Attorneys for Defendant         Attorneys for Defendant
Werner Enterprises, Inc.          Werner Enterprises, Inc.

## CERTIFICATE OF SERVICE

I, the undersigned, an employee of Beal Law Firm, PLLC, hereby certify that a true and correct copy of the foregoing was forwarded as set forth below, at Missoula, Montana this 8th day of March, 2010.

| 1, 2 | CM/ECF |
|------|--------|
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk, U.S. District Court

2. Milton Datsopoulos
   Matthew Baldassin
   Datsopoulos, MacDonald & Lind, P.C.
   201 West Main, Suite 201
   Missoula, MT 59802
   mdatsopoulos@dmllaw.com
   **Attorneys for Plaintiff**

                                            /s/ John B. Horrell
                                            John B. Horrell
                                            Attorney for Defendant
                                            Werner Enterprises, Inc.