

FILED

MAR 25 2010

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | | |
|---|---|---|
| THOMAS ST. VINCENT, | ) | CV 08-73-M-DWM |
| Plaintiff, | ) | |
| vs. | ) | SPECIAL VERDICT FORM |
| WERNER ENTERPRISES, INC., | ) | |
| Defendant. | ) | |

We, the Jury, in the cause of Thomas St. Vincent v. Werner Enterprises, Inc., do answer the following special interrogatories as follows:

**INTERROGATORY NO. 1:** Did the admitted negligence of Werner Enterprises, Inc. cause or aggravate injuries to Thomas St. Vincent?

**ANSWER:**       Yes  X   No ___ .

**INTERROGATORY NO. 2:** Was Mr. St. Vincent negligent on March 26, 2006?

**ANSWER:** Yes ____ No ✗.

**INTERROGATORY NO. 3:**

If you find Mr. St. Vincent was negligent, was his negligence on March 26, 2006, a cause of his injuries or their aggravation?

**ANSWER:** Yes ____ No ✗.

**INTERROGATORY NO. 4:** Assuming 100 percent as the total combined negligence of the parties on March 26, 2006, which caused or aggravated Mr. St. Vincent's injuries or condition, what percentage of such negligence is attributable to Mr. St. Vincent and what percentage of such negligence is attributable to Werner Enterprises, Inc.?

**ANSWER:**

Werner Enterprises, Inc.:  100 %

Thomas St. Vincent:  + 0 %

= 100%

Verdict Form  Page 2

**INTERROGATORY NO. 5:** Without regard to your response, if any, to Interrogatory No. 4, what is the total amount of damages sustained by Mr. St. Vincent as a result of the alleged incident on March 26, 2006?

**ANSWER:**

    **TOTAL:**     $ 6,500.00

Date: 3/25/10

_____
FOREPERSON