UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| Thomas St. Vincent | ) | JUDGMENT |
| | ) | |
| Plaintiffs, | ) | CV 08-73-M-DWM |
| vs. | ) | |
| | ) | |
| Werner Enterprises, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

X   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came before the court on a summary judgment motion.

**IT IS HEREBY ORDERED that Judgment is entered in favor of the plaintiff and against the defendant in the amount of $6,500.00 less $624.00 setoff amount advanced to the plaintiff.**

Dated this 25th day of March, 2010
PATRICK E. DUFFY, CLERK


By: B. Warren
Deputy Clerk